UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 14-cr-00102-02 |
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| CHRISTY SIMS | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motions to Suppress (Docs. 23 and 36) are **denied**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 15th day of September, 2014.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE